IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAVERNE ADAIR                                                                                   PLAINTIFF

v.                              Case No. 4:11-cv-541-DPM

eSTEM PUBLIC CHARTER SCHOOLS,
CINDY BARTON, JOHN BACON,
SPECIAL EDUCATION CONSORTIUM,
and DONNA BROYLES                                                                         DEFENDANTS

## ORDER

Adair's response to the pending motion to dismiss, *Document No. 13*, is overdue. Adair has until 30 September 2011 to respond. Otherwise her complaint will be dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 September 2011