IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAVERNE ADAIR                                                                           PLAINTIFF

v.                                      No. 4:11-cv-541-DPM

eSTEM PUBLIC CHARTER SCHOOL;
CINDY BARTON; JOHN BACON; SPECIAL
EDUCATION CONSORTIUM, and DONNA
BROYLES                                                                                 DEFENDANTS

JUDGMENT

Adair has not updated her address. Consistent with the Court's 14 November 2012 Order, her complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 December 2012.